IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 95-20973
Summary Calendar

JOE WESLEY,

Plaintiff-Appellant,

versus

JAMES A. COLLINS, DIRECTOR, TEXAS DEP'T OF
CRIMINAL JUSTICE, INST'L DIV.; DAN DOLTON;
MATT WILSON; WAYNE LAWRENCE; DR. L. HOWARD,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Texas

May 16, 1996

Before JOHNSON, JONES, and EMILIO M. GARZA, Circuit Judges.

Per Curiam:[*]

Joe Wesley ("Wesley") appeals the district court's order granting the defendant's motion for summary judgment. Wesley contends that there were genuine issues of material fact which precluded entry of summary judgment. Based upon a careful review of the briefs, the record, and the arguments of the parties, we find no reversible error on the part of the district court.

AFFIRMED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.